UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY VANDECAR,<br><br>    Petitioner,<br><br>    v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-01714-RFB-BNW<br><br>**ORDER** |

Rosemary Vandecar, an individual incarcerated at Nevada's Florence McClure Women's Correctional Center, has submitted an application to proceed *in forma pauperis* (ECF No. 3), along with a petition for writ of habeas corpus (ECF No. 1-1) and a motion for appointment of counsel (ECF No. 1-2). In light of the information provided in the *in forma pauperis* application, the Court finds that Vandecar is able to pay the $5 filing fee for this action.

**IT IS THEREFORE ORDERED** that Petitioner's application to proceed *in forma pauperis* (ECF No. 3) is **DENIED**. Petitioner will have 45 days from the date of this order to have payment of the filing fee ($5), along with a copy of this order, sent to the Clerk of the Court. Failure to comply with this order will result in dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send Petitioner two copies of this order.

DATED THIS 26 day of October, 2021.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE