UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY VANDECAR,<br><br>    Petitioner,<br><br>    v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-01714-RFB-BNW<br><br>**ORDER** |

In this habeas corpus action, Petitioner Rosemary Vandecar, represented by appointed counsel, was due to file an amended petition by January 10, 2023. See Order entered October 12, 2022 (ECF No. 13) (90 days to file amended petition).

On January 10, 2023, Petitioner filed a motion for extension of time (ECF No. 14), requesting a 91-day extension of time to April 11, 2023, to file his amended petition. This would be the first extension of this deadline. Petitioner's counsel states in the motion that the extension of time because of the time necessary to investigate this case and his obligations in other cases. Petitioner's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 14) is **GRANTED**. Petitioner will have until and including April 11, 2023, to file his amended petition for writ of habeas corpus.

///

///

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 12, 2022 (ECF No. 13) will remain in effect.

DATED THIS 12th day of January, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE