UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY VANDECAR,<br>    Petitioner,<br>v.<br>WILLIAM REUBART, *et al.*,<br>    Respondents. | Case No. 2:21-cv-01714-RFB-BNW<br><br>**ORDER** |

In this habeas corpus action, after a 90-day initial period (ECF No. 13), a 91-day extension, ECF No. 15, and a 90-day extension, ECF No. 19, Petitioner Rosemary Vandecar, represented by appointed counsel, was due to file an amended petition by July 10, 2023. See ECF No. 19.

On July 7, 2023, Petitioner filed a motion for extension of time, ECF No. 20, requesting a further 91-day extension of time, to October 9, 2023, to file her amended petition. This would be the third extension of this deadline. Petitioner's counsel states in the motion that this extension of time is necessary because of the time it is taking to investigate this case and because of her obligations in other cases. Petitioner's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

Petitioner will now have had nearly a year, since the entry of the scheduling order in this case on October 12, 2023 to file her amended petition. See ECF No. 13. The Court will not be inclined to grant any further long extension of this deadline.

1 **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 20) is **GRANTED**. Petitioner will have until and including **October 9, 2023**, to file his amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered October 12, 2022, ECF No. 13, will remain in effect.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), William Reubart is substituted for Jerry Howell as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED: July 7, 2023.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE