UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROSEMARY VANDECAR, | Case No. 2:21-cv-01714-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM REUBART, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the petitioner, Rosemary Vandecar, represented by appointed counsel, filed a motion for stay on September 30, 2024. ECF No. 44. Respondents filed an opposition to that motion on October 7, 2024. ECF No. 48. Vandecar was due to file a reply by October 15. On October 15, Vandecar filed a motion for extension of time for the reply. ECF No. 49. Vandecar requests a 30-day extension, to November 14, 2024. Vandecar's counsel states the extension is necessary because of their obligations in other cases. Petitioner's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 49) is **GRANTED**. Petitioner will have until and including November 14, 2024, to file a reply to Respondents' opposition to the motion for stay.

**DATED:** November 4, 2024

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**