UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROSEMARY VANDECAR,<br>Petitioner,<br>v.<br>WILLIAM REUBART, *et al.*,<br>Respondents. | Case No. 2:21-cv-01714-RFB-BNW<br>**ORDER LIFTING STAY** |

Before the Court is Petitioner Rosemary Vandecar's motion to lift a stay and reopen her case. Petitioner's habeas corpus action was stayed on November 14, 2024, pending exhaustion of claims in state court. See ECF No. 52. On April 29, 2026, Petitioner filed the instant Motion to Reopen, stating that the state court proceedings have been completed and requesting that the Court lift the stay and reopen the case. See ECF No. 54. On May 13, 2026, Respondents filed a non-opposition to Petitioner's motion. See ECF No. 55. Thus, the Court grants Petitioner's unopposed motion, orders the stay lifted and the case reopened, and sets a schedule for further proceedings.

**IT IS HEREBY ORDERED** that Petitioner's Motion to Reopen (ECF No. 54) is **GRANTED**. The stay of this action is lifted. The Clerk of Court is kindly directed to reopen this case.

///

///

///

///

///

///

///

///

///

**IT IS FURTHER ORDERED** that the following schedule will govern further proceedings in this action:

**1. Second Amended Petition.** Petitioner will have 45 days from the entry of this order to file a second amended petition for writ of habeas corpus.

**2. Response to Second Amended Petition.** Respondents will have 90 days following the filing of Petitioner's second amended habeas petition to file an answer or other response to that petition.

**3. Reply and Response to Reply.** Petitioner will have 60 days following the filing of an answer to file a reply. Respondents will thereafter have 30 days following the filing of a reply to file a response to the reply.

**4. Briefing of Motion to Dismiss.** If Respondents file a motion to dismiss, Petitioner will have 60 days following the filing of the motion to file a response to the motion. Respondents will thereafter have 30 days following the filing of the response to file a reply.

**5. Discovery.** If Petitioner wishes to move for leave to conduct discovery, Petitioner shall file such motion concurrently with, but separate from, the response to Respondents' motion to dismiss or the reply to Respondents' answer. Any motion for leave to conduct discovery filed by Petitioner before that time may be considered premature, and may be denied, without prejudice, on that basis. Respondents shall file a response to any such motion concurrently with, but separate from, their reply in support of their motion to dismiss or their response to Petitioner's reply. Thereafter, Petitioner will have 20 days to file a reply in support of the motion for leave to conduct discovery.

**6. Evidentiary Hearing.** If Petitioner wishes to request an evidentiary hearing, Petitioner shall file a motion for an evidentiary hearing concurrently with, but separate from, the response to Respondents' motion to dismiss or the reply to Respondents' answer. Any motion for an evidentiary hearing filed by Petitioner before that time may be considered premature, and may be denied, without prejudice, on that basis. The motion for an evidentiary hearing must specifically address why an evidentiary hearing is necessary and must satisfy the requirements of 28 U.S.C. § 2254(e). The motion must state whether an evidentiary hearing was held in state court, and, if

so, state where the transcript is located in the record. If Petitioner files a motion for an evidentiary hearing, Respondents shall file a response to that motion concurrently with, but separate from, their reply in support of their motion to dismiss or their response to Petitioner's reply. Thereafter, Petitioner will have 20 days to file a reply in support of the motion for an evidentiary hearing.

**DATED:** October 13, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**